LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email: longyear@longyearlaw.com
       cahill@longyearlaw.com

Attorneys for Defendants,
County of Sacramento, Deputy Andrew Patterson,
Deputy Andrew Falvey, Deputy Najee Burge

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH AMEY, as an individual, and WARREN AMEY, as an individual<br><br>　　　　Plaintiffs<br><br>v.<br><br>ANDREW PATTERSON, as an individual, ANDREW FALVEY, as an individual, NAJEE BURGE, as an individual, and COUNTY OF SACRAMENTO, as a municipal corporation,<br><br>　　　　Defendants. | Case No.: 2:24-CV-02232-TLN-CSK<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** |

Under Federal Rules of Civil Procedure 16(b)(1)(A) and Local Rule 143, the parties, through counsel, stipulate to and hereby respectfully request a modification of this Court's scheduling order. Pursuant to the Court's Initial Scheduling Order (ECF No. 3) and the parties' Joint Status Report (ECF No. 6), the current schedule is as follows:

- Fact discovery cut off: October 16, 2025
- Expert witness disclosure: December 14, 2025
- Supplemental expert disclosure: January 13, 2026
- Dispositive motion deadline: April 13, 2026

The parties in this case request an extension of the current schedule by ninety days. The respective deadlines would thus be as follows:

- Fact discovery cut off: January 14, 2026
- Expert witness disclosure: March 14, 2026
- Supplemental expert disclosure: April 13, 2026
- Dispositive motion deadline: July 12, 2026

A scheduling order may only be modified upon a showing of good cause and by leave of Court. Fed. R. Civ. Proc. 6(b)(1)(A); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609.

The parties exchanged initial disclosures on March 14, 2025. Defendants' disclosures contained an extensive amount of videos and other media. (Cahill Decl. ¶ 2.) Shortly thereafter, the parties opted to attempt to resolve the matter through a settlement conference prior to undertaking substantial discovery. On April 25, 2025, the Court set a settlement conference before Judge Riordan on June 17, 2025. (ECF No. 7.) The case did not resolve at the settlement conference. (ECF No. 13.) Following the settlement conference, Defendants served Rule 68 offers to Plaintiffs on August 27, 2025, but Plaintiffs did not accept. (Cahill Decl., ¶ 4.) During these settlement efforts, the parties agreed to an informal stay of discovery. (Cahill Decl., ¶ 4.) As it became apparent that the matter would not settle, on September 12, 2025, counsel for Defendants reached out to Plaintiffs' counsel to determine whether the parties required more time conduct discovery. (Cahill Decl., ¶ 5.) On October 8, 2025, Plaintiffs' counsel agreed to extend deadlines as sought in this proposal so that the parties could conduct additional discovery. (Cahill Decl., ¶ 6.)

For these reasons, good cause exists to modify the fact discovery cut off deadline and related court deadlines.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

Dated: October 16, 2025                LONGYEAR, LAVRA & CAHILL, LLP


By: /a/ Nicole M. Cahill
　　VAN LONGYEAR
　　NICOLE M. CAHILL
　　Attorneys for Defendants,
　　County of Sacramento, Deputy Andrew
　　Patterson, Deputy Andrew Falvey, Deputy
　　Najee Burge

Dated: October 16, 2025                LAW OFFICE OF KELLAN PATTERSON


By: /s/ Kellan Patterson [as authorized 10-16-25]
　　KELLAN PATTERSON
　　Attorney for Plaintiffs


**ORDER**

Good cause appearing, the parties' stipulated request to modify the Court's Scheduling Order (ECF No. 3) is GRANTED.

The relevant deadlines are ordered as follows:

- o Fact discovery cut off: **January 14, 2026**
- o Expert witness disclosure: **March 16, 2026**
- o Supplemental expert disclosure: **April 13, 2026**
- o Dispositive motion deadline: **July 13, 2026**

DATED: October 16, 2025

_____
Troy L. Nunley
Chief United States District Judge